IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KELVIN FRAZIER,**

    **Petitioner,**

v.                                        **Case No. 1:18cv58-MW/GRJ**

**E. I. McCLELAND, et al.,**

    **Respondents.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition, ECF No. 4, is **DISMISSED**. The pending motion, ECF No. 5, is **terminated**." The Clerk shall close the file.

    **SO ORDERED on May 21, 2018.**

                                            **s/ MARK E. WALKER**
                                            **United States District Judge**